UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION at DETROIT

In Re: **Daniel W. Brymer**  
**Betty D. Brymer**  
Debtor(s).

Chapter 13  
Case No. **09-47732-TJT**  
Judge **Thomas J. Tucker**

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of <u>Firebaugh & Andrews, P.L.L.C.</u>, Attorneys for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of <u>$3,000.00 in fees and $0.00 in expenses</u>, and that the portion of such claim which has not already been paid, to-wit: <u>$3,000.00</u> shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

The Debtor(s) shall remit 100% of all tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.
The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.
The automatic stay shall be vacated as to Ford Motor Credit regarding the 2007 Ford Escape upon lease termination on June 17, 2010. Ford is not required to file amended proofs of claim.
The Debtor(s)' Plan payments shall be increased to $ 446.60 per week effective the 23rd day of July, 2009.
The Debtor(s)' Plan payments shall be increased to $ 457.61per week effective the 1st day of October, 2010.
The claim of Tidwater Finance Company shall be paid in accordance with its duly filed claim unless otherwise ordered by the Court.
Ford Motor Credit shall have a continuing Class 2(a) claim for the 2008 F-150 pursuant to 11USC §133(b)(5) and §1328(a)(1) to be paid directly by the Debtors.
Genisys Credit Union shall be paid $8,500.00 at 6% interest as a class 5 creditor to be paid concurrently with Class 2(a) creditors for the 2007 New Holland Tractor.

**Objections Withdrawn:**

/ s / **Kimberly Lubinski** w/ consent (P-62542)   /s/ **Rose Marie Brook** w/consent (P-57221)   / s / **Craig Rule** w/ consent (P- 67005)
_____   _____   _____
for Creditor: Genisys Credit Union   for Creditor: Countrywide Home Loans   for Creditor: Ford Motor Credit

Approved:
/ s / Tammy L. Terry   / s / **Jeremy F. Fisher** (P-70167)
_____   _____
Tammy L. Terry, Esq.   Firebaugh & Andrews, P.L.L.C.
Chapter 13 Standing Trustee   Attorneys for Debtor(s)
  38545 Ford Road, Suite 104
  Westland, Michigan 48185
  (734) 722-2999
  FirebaughAndrews@comcast.net
.

**Signed on July 31, 2009**

                                       /s/ Thomas J. Tucker
                                       **Thomas J. Tucker**
                                        **United States Bankruptcy Judge**