United States Bankruptcy Court
Eastern District of Michigan
Southern Division at Detroit

In Re: **Daniel. W. Brymer**

and: **Betty D. Brymer**

Debtor(s).

Case No. 09-47732-TJT

Chapter 13

Honorable **Thomas J. Tucker**

## STIPULATION FOR ENTRY OF ORDER PERMITTING DEBTOR(S) TO INCUR POST-PETITION DEBT TO LEASE MOTOR VEHICLE

Debtor(s), by and through their attorneys, Firebaugh & Andrews, P.L.L.C. and the Chapter 13 Trustee, hereby Stipulate to entry of the Order Permitting Debtor to Incur Post-Petition Debt to Lease Motor Vehicle attached hereto as "Exhibit A".

Tammy L. Terry
Chapter 13 Standing Trustee
535 Grisowold, Suite 2100
Detroit, M I 48226
(313)967-9857

Samuel G. Firebaugh (P-34276)
Roberta W. Andrews (P-54001)
Firebaugh & Andrews, P.L.L.C.
Attorney(s) for Debtor(s)
38545 Ford Road, Suite 104
Westland, MI 48185
(734) 722-2999
FirebaughAndrews@comcast.net

## United States Bankruptcy Court
### Eastern District of Michigan
### Southern Division at Detroit

In Re: **Daniel W. Brymer**

and: **Betty D. Brymer**

Debtor(s).

Case No. 09-47732-TJT

Chapter 13

Honorable **Thomas J. Tucker**

### ORDER PERMITTING DEBTOR(S) TO INCUR POST-PETITION DEBT TO PURCHASE MOTOR VEHICLE

Debtor(s) having filed this Chapter 13 Bankruptcy case on March 16, 2003, and the parties having stipulated to entry of an Order Permitting Debtor(s) to Incur Post-Petition Debt to Purchase Motor Vehicle to replace the 2007 Ford Escape leased vehicle that expires February 2010, and it appearing to the Court that good cause exists for the relief requested by Debtor(s), and the Court being otherwise advised, **NOW THEREFORE,**

**IT IS HEREBY ORDERED** that within ninety (90) days following the entry of this Order, the Debtor(s) are permitted and hereby authorized to incur post-Petition debt to purchase a motor vehicle under the following terms and conditions:

   a. Lender:            Ford Motor Credit       (or similar lender)
   b. Type of vehicle:   2010 Ford Escape        (or similar vehicle)
   c. Term of loan:      72 months               (maximum)
   d. Purchase Price:    $23,200.00              (maximum)
   e. Down Payment:      $500.00                 (maximum)
   e. Interest Rate:     6%                      (maximum)
   f. Monthly payment:   $383.00                 (maximum payment)

**IT IS FURTHER ORDERED THAT** Debtor shall make the vehicle payment directly.

**IT IS FURTHER ORDERED THAT** notice of this request is hereby waived given that no parties will be adversely affected by the entry of this Order.

**IT IS FURTHER ORDERED THAT** this Order is effective for 90 days from the date of its entry.

"Exhibit A"